## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Case No.: 1:13-cv-00210-SMV-RHS

DANNI SUTANA,

      Plaintiff,

vs.

STATE OF NEW MEXICO, ECONOMIC DEVELOPMENT DEPARTMENT;
JONATHAN ("JON") BARELA, individually and in his official capacity;
BARBARA G. BRAZIL, individually and in her official capacity;
WADE JACKSON, individually and in his official capacity;

      Defendants.

                Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## WITHOUT SUBSTITUTION FOR PLAINTIFF, DANNI SUTANA

Pursuant to Rule 83.8(b) of the Local Rules of the United States District Court for counsel for the Plaintiff, Danni Sutana, the New Mexico Law Firm, LLC, (Nathaniel V. Thompkins) hereby request the Court and counsel allow for the withdrawal as counsel of record in this matter. The undersigned currently is listed as counsel for Danni Sutana and hereby request withdrawal and in support thereof states:

Plaintiff, Danni Sutana, has taken actions which prevent counsel for Plaintiff from effectively and properly continue to represent her.

Plaintiff will appear *Pro Se* and the client's address and telephone number are:

Dannie Sutana                E-mail: d_sutana@hotmail.com
6600 Sahchu Street
Cochiti Lake, NM 87083       Phone: (505) 379-3768

Counsel did contact, the Defendants' counsel, who does not oppose this motion.

A copy of this Motion shall be served upon Plaintiff at her last known address: 6600 Sahchu Street, Cochiti Lake, NM 87083 and via her e-mail address: d_sutana@hotmail.com.

Dated: August 12, 2014            Respectfully Submitted:

**NEW MEXICO FIRM, LLC**

By:    /s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins
103 N. St. Francis Drive, Unit A
Santa Fe, NM 87501
(505) 988-9750
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

E-mail: *csaucedo@saucedochavez.com*
Christopher T. Saucedo
*Attorneys for Defendants*
P.O. Box 1886
Santa Fe, NM 87103

/s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins