IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNI SUTANA,

    Plaintiff,

v.                                  No. 1:13-cv-00210 JCH/RHS

STATE OF NEW MEXICO, ECONOMIC DEVELOPMENT DEPARTMENT;
JONATHAN ("JON") BARELA, individually and in his official capacity;
BARBARA G. BRAZIL, individually and in her official capacity;
WADE JACKSON, individually and in his official capacity,

    Defendants.

## CERTIFICATE OF SERVICE

**COME NOW,** Defendants, by and through their counsel of record, SaucedoChavez, P.C. (Christopher Saucedo, Esq. and Frank T. Apodaca, Esq.) and hereby give notice that a copy of the *Notice of Continued Deposition of Danni Sutana* along with a copy of this Certificate of Service, were served via electronic mail to counsel of record for Danni Sutana on this 9th day of April, 2015.

Respectfully submitted,

**SAUCEDOCHAVEZ, P.C.**

By: /s/ Christopher T. Saucedo
    Christopher T. Saucedo
    Frank T. Apodaca
6565 Americas Parkway NW, Suite 920
Albuquerque, NM 87110
(505) 338-3945
Email: csaucedo@saucedochavez.com
Email: fapodaca@saucedochavez.com

*Attorneys for Defendants*

We hereby certify that on April 9, 2015, the foregoing was filed electronically through the CM/ECF system, which caused all counsel/parties of record to be served by electronic means:

Michael E. Mozes, Esq.
**Law Offices of Michael E. Mozes, P.C.**
5732 Osuna Road, NE
Albuquerque, NM 87109
Ph:(505) 880-1200
Fx: (505) 881-2444
Email:  michael@mozeslawoffice.com

*Attorney for Plaintiff*



By: /s/ Christopher T. Saucedo
       Christopher T. Saucedo