**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

*Before the Honorable Lourdes A. Martínez, United States Magistrate Judge*

*Clerk's Minutes*

| | |
|---|---|
| **CASE TITLE:** *Danni Sutana v. State of New Mexico, et al.* | **DATE:** May 5, 2015 |
| | **CASE NO.:** CIV 13-0210 JCH/LAM |
| **COURTROOM CLERK:** Cathy F. Alvarez | **REPORTER:** in Chambers |
| **PROCEEDINGS COMMENCED:** 1:45 p.m. | **COURT IN RECESS:** 1:56 p.m. |
| **PLAINTIFF(S)' ATTORNEYS PRESENT:** | **DEFENDANT(S)' ATTORNEYS PRESENT:** |
| Michael E. Mozes | Christopher T. Saucedo |

**TYPE OF PROCEEDING:** *Telephonic Case Management Status Conference*

**COURT'S RULING(S):**

The Court called the case and the parties entered their appearances.  The Court inquired how discovery was progressing.  Mr. Mozes stated that discovery has been completed.  The Court inquired if the parties were going to be ready for the May 21, 2015 settlement conference in Santa Fe.  Mr. Mozes stated that he is getting there.  Mr. Saucedo stated that he is also getting ready for the settlement conference and has a response letter due to Plaintiff on May 7, 2015.  The Court inquired if the parties needed the pending motions ruled on prior to going forward with the settlement conference.  Both parties agreed that they do not need a ruling on the pending motions and can go forward with the settlement conference as scheduled.

*There being nothing further, Court was adjourned.*