IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNI SUTANA,

    Plaintiff,

vs.                         Case No.: 1:13-CV-00210-JCH-LAM

STATE OF NEW MEXICO, ECONOMIC DEVELOPMENT DEPARTMENT;
JONATHAN ("JON") BARELA, individually and in his official capacity;
BARBARA G. BRAZIL, individually and in her official capacity;
WADE JACKSON, individually and in his official capacity;

    Defendants.

## NOTICE OF ATTORNEY'S CHARGING LIEN

**COMES NOW** the New Mexico Firm, LLC, (Nathaniel V. Thompkins) 103 St. Francis Drive, Unit A, Santa Fe, NM 87501 and files an attorney's charging lien for both Attorney Fees and Costs which were expended on behalf of the Plaintiff in the above-captioned matter. The charging lien is being claimed against any money or property due the client, Plaintiff, Danni Sutana, and is intended to give notice that no voluntary payment should be made without protecting the attorney's claim of fees and costs.

                        **RESPECTFULLY SUBMITTED:**

                        /s/ Nathaniel V. Thompkins
                        Nathaniel V. Thompkins
                        NEW MEXICO FIRM, LLC
                        103 St. Francis Drive, Unit A
                        Santa Fe, NM 87501
                        Phone: (505) 988-9750

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the forgoing Notice of Charging Lien was either served via the New Mexico Federal District Court's electronic filing system, mailed via U.S. mail postage pre-paid, and/or e-mailed to the below listed individuals on this the 28th of May, 2015.

    Michael E. Mozes
    Law Offices of Michael E Mozes PC
    5732 Osuna Rd. NE
    Albuquerque, NM 87109
    505-880-1200
    Fax: 505-881-2444
    Email: Michael@mozeslawoffice.com
    *Attorney for Plaintiff*

    Christopher T Saucedo
    Saucedo Chavez, P.C.
    6565 Americas Parkway NE
    Suite 920
    Albuquerque, NM 87110
    505-338-3945
    Fax: 505-338-3950
    Email: csaucedo@saucedochavez.com
    *Attorney for Defendants*

    /s/ Nathaniel V. Thompkins
    Nathaniel V. Thompkins