**From:** Corrinna McNurlin <cmcnurlin@saucedochavez.com>
**Sent:** Wednesday, August 13, 2014 10:44 AM
**To:** 'Danni Sutana'; Nate Thompkins; Bina
**Cc:** Christopher T. Saucedo
**Subject:** RE: Sutana v State of NMEDD, et al; 12-099
**Attachments:** Sutana settlement ck..pdf

Please see attached.

Corrinna M. McNurlin
Paralegal

 SaucedoChavez, P.C.

Post Office Box 1886
Albuquerque, NM 87103-1886
T: (505) 338-3945
F: (505) 338-3950
cmcnurlin@saucedochavez.com
www.saucedochavez.com

100 Gold Avenue SW - Suite 206
Albuquerque, NM 87102

This email and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply immediately to the sender. Thank you.

**From:** Danni Sutana [mailto:d_sutana@hotmail.com]
**Sent:** Wednesday, August 13, 2014 9:18 AM
**To:** Corrinna McNurlin; Nate Thompkins; Bina
**Cc:** Christopher T. Saucedo
**Subject:** RE: Sutana v State of NMEDD, et al; 12-099

I have no proof the check was sent. I did not see it or sign it. Nothing is settled in the SPO case until I get the proof. I do not care who sends me the copy. It should be in both of your files.

Danni

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Corrinna McNurlin
Date: 08/13/2014 8:48 AM (GMT-07:00)


EXHIBIT 12

1

To: 'Danni Sutana'
Cc: "Christopher T. Saucedo"
Subject: RE: Sutana v State of NMEDD, et al; 12-099

Ms. Sutana,

My understanding is that Mr. Thompkins has it. Please check with him.

Thank you,

Corrinna M. McNurlin
Paralegal

 SaucedoChavez, P.C.

Post Office Box 1886
Albuquerque, NM 87103-1886
T: (505) 338-3945
F: (505) 338-3950
cmcnurlin@saucedochavez.com
www.saucedochavez.com

100 Gold Avenue SW - Suite 206
Albuquerque, NM 87102

This email and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply immediately to the sender. Thank you.

**From:** Danni Sutana [mailto:d_sutana@hotmail.com]
**Sent:** Wednesday, August 13, 2014 8:48 AM
**To:** Corrinna McNurlin
**Subject:** RE: Sutana v State of NMEDD, et al; 12-099

Please send me a copy of the signed check and proof it was cashed.

Danni

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Corrinna McNurlin
Date:08/13/2014 8:12 AM (GMT-07:00)
To: "'d_sutana@hotmail.com'"
Cc: "Christopher T. Saucedo"
Subject: RE: Sutana v State of NMEDD, et al; 12-099

Ms. Sutana,

Please see attached agreement.

Thank you,

Corrinna M. McNurlin
Paralegal

 SaucedoChavez, P.C.

Post Office Box 1886
Albuquerque, NM 87103-1886
T: (505) 338-3945
F: (505) 338-3950
cmcnurlin@saucedochavez.com
www.saucedochavez.com

100 Gold Avenue SW - Suite 206
Albuquerque, NM 87102

This email and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply immediately to the sender. Thank you.

**From:** Danni Sutana [mailto:d_sutana@hotmail.com]
**Sent:** Tuesday, August 12, 2014 5:12 PM
**To:** Corrinna McNurlin
**Cc:** Christopher T. Saucedo; Nate Thompkins; Bina
**Subject:** RE: Sutana v State of NMEDD, et al; 12-099

Please send me the signed settlement agreement and the copy of the check. I have not received anything official. I need all this information ASAP.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Corrinna McNurlin
Date:08/12/2014 5:01 PM (GMT-07:00)
To: "'d_sutana@hotmail.com'"
Cc: "Christopher T. Saucedo"
Subject: Sutana v State of NMEDD, et al; 12-099

Ms. Sutana,

Attached please find our proposed Motion and Order of Dismissal. Please review and contact me with any changes and/or comments you may have as soon as possible.

Thank you for your cooperation and assistance in this regard.

Corrinna M. McNurlin
Paralegal

 SaucedoChavez, P.C.

Post Office Box 1886
Albuquerque, NM 87103-1886
T: (505) 338-3945
F: (505) 338-3950
cmcnurlin@saucedochavez.com
www.saucedochavez.com

100 Gold Avenue SW - Suite 206
Albuquerque, NM 87102

This email and any attachments are intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, or the employee, agent or representative responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply immediately to the sender. Thank you.



# State of New Mexico
### Department of Finance and Administration
**Warrant Remittance**

| Business Unit: 35000 | GENERAL SERVICES DEPARTMENT | P O BOX 6850 | | Santa Fe, NM 87502 | |
|---|---|---|---|---|---|
| Warrant No:B 1003525154 | Date: 05/22/2014 | Vendor Number:0000247348 | | Vendor Name:DANNI SUTANA AND NEW MEXICO FIRM, LLC | |

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Late Charge | Paid Amount |
|---|---|---|---|---|---|---|
| 6864 | May/21/2014 | 35000052114 | 50,000.00 | 0.00 | 0.00 | 50,000.00 |
| Fund:35703, 1300356-000/ LG/ Aging # 1551 | | | | | | |

*(handwritten: "Picked up by Tompkins 6/16/14")*

| Warrant Number | Date | Total Gross Amount | Total Discounts | Total Late Charges | Total Paid Amount |
|---|---|---|---|---|---|
| B 1003525154 | 05/22/2014 | $50,000.00 | $0.00 | $0.00 | $50,000.00 |

