

# New Mexico State Personnel Board
## State Personnel Office

### SUSANA MARTINEZ
### GOVERNOR

**Eugene J. Moser**
Director

**Nivia L. Thames**
Deputy Director

February 28, 2013

**State Personnel Board**
Paul T. Yarbrough, Chairman
Christine Romero, Vice Chairman

Devon Day   Chris Sanchez
Rebecca Long

Nathaniel V. Thompkins, Esq.
New Mexico Firm, LLC
103 St. Francis Drive, Unit A
Santa Fe, New Mexico 87501

     Re:   *Danni Sutana v. New Mexico Economic Development Department*;
           Docket No. 12-099

Dear Mr. Thompkins:

Receipt is acknowledged of *Appellee's Motion to Vacate and Reschedule Hearing*. The certificate indicates a copy of the *Motion* has been served on your office by U.S. Mail. Agency attorney M. Karen Kilgore indicates, in the *Motion*, you take no position on the *Motion* but Appellant Danni Sutana opposes rescheduling the hearing.

Please provide any *Response* you care to make by March 8, 2013.

The parties are advised I retire effective May 31, 2013. Hearings scheduled beyond mid-April, 2013, will likely be heard by a different Administrative Law Judge.

Sincerely,

R. SCOTT SUMMERFIELD
Administrative Law Judge

RSS:rr
cc: M. Karen Kilgore, Esq.

2600 Cerrillos Road, Santa Fe, New Mexico, 87505 (505) 476-7759

# Exhibit B