# Nathaniel Thompkins

**From:** Danni Sutana <d_sutana@hotmail.com>
**Sent:** Monday, January 21, 2013 7:22 PM
**To:** Bina Thompkins
**Cc:** Nate Thompkins
**Subject:** RE: Invoice.xlsx

Hi Bina, sorry I missed your call.  I just don't want anymore surprises at this point especially with money.  ==I can agree to the payment plan referenced below but would like a revised contract drafted.==  I don't want any misunderstandings moving forward.  Please outline terms and conditions of payment including contingency percentage.  I would also like to track the fees so a monthly statement needs to be one of the terms and conditions.

I understand that winning the SPO case will  impact the main case so I couldn't understand why it was treated as two different cases requiring two different contracts when all of the information from SPO case will be used in main case.

I am gone from 6:30 AM til 7:00 PM Monday through Friday.  If you would like to discuss during the week, email me and I will call you when I get home.  It's just been frustrating so I need a cooling period.

I know that filing a lawsuit becomes public information but I don't know how other attorneys are getting my personal information to contact me.  Is that information available online too?  I haven't talked to anybody or questions because I'm paranoid it's EDD posing as an attorney to get information out of me.  As far as I know, I'm only talking to you two and if there is another partner involved, please let me know.  Like I said, I'm very frustrated today.

---

From: bina@newmexicofirm.com
To: d_sutana@hotmail.com
CC: nate@newmexicofirm.com
Subject: RE: Invoice.xlsx
Date: Mon, 21 Jan 2013 11:09:47 -0700

Dear Danni,
It is crucial that we win the SPO as it will impact the main case. We will continue to represent you and keep track of our time and then take it out of the end verdict/settlement.
Let's discuss? I tried calling but I guess you are at work.
Thanks,

**Bina Thompkins**
ParaLegal
***New Mexico Firm, LLC***
103 St. Francis's Drive, Suite A
Santa Fe, NM 87501

New Mexico:   (505) 216-9750
Cell:   (505) 670-2488
Fax:   (866) 657-8780

E-mail:   bina@newmexicofirm.com

NOTICE OF CONFIDENTIALITY: This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information.  It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please

**Exhibit F**