

# NEW MEXICO FIRM, LLC

September 6, 2013

*Via E-mail:* rhsproposedtext@nmcourt.fed.us
The Honorable Robert Hayes Scott
United Magistrate Judge
333 Lomas Blvd. N.W., Ste. 620
Albuquerque, NM 87102

**RE:**   Sutana vs. State of New Mexico, EDD, et al.
         Case No.: 1:13-cv-00210-JCH/RHS

Dear Judge Scott:

The parties agreed to an extension of the discovery and case management deadlines or in the alternative a stay of proceedings. [Doc.24] However, subsequent to the parties' agreement regarding a stay, until the State Personnel Case was decided, the parties learned that the third Administrative Law Judge's assigned to the case had his employment terminated.

Based upon this new development, Plaintiff's counsel requests a telephonic conference with you and Ms. Kilgore, Defendant's Counsel, to discuss the matter regarding a stay set forth in the Joint Motion and proposed Order.

Ms. Kilgore has advised me that she is available on Monday morning and that she is in Albuquerque from 9:00 a.m. to 12:00 noon.

I am available on Monday morning but have an 11:00 a.m. hearing and a 1:30 p.m. doctor's appointment for my daughter. I'm also available Wednesday through Friday at any time that is convenient for the Court.

Please let me know if you have any questions.

Nathaniel V. Thompkins

cc:   Client *via e-mail*
      M. Karen Kilgore, *via e-mail*



Santa Fe
103 St. Francis Drive, Unit A
Santa Fe, NM 87501
Phone: 505-98?-9??0 Fax: 66?-?57-8780