**Nathaniel Thompkins**

| | |
|---|---|
| **From:** | Bina Shahani <bina@newmexicofirm.com> |
| **Sent:** | Monday, January 21, 2013 11:10 AM |
| **To:** | 'Danni Sutana' |
| **Cc:** | nate@newmexicofirm.com |
| **Subject:** | RE: Invoice.xlsx |

Dear Danni,

==It is crucial that we win the SPO as it will impact the main case.== We will continue to represent you and keep track of our time and then take it out of the end verdict/settlement.
Let's discuss? I tried calling but I guess you are at work.
Thanks,

**Bina Thompkins**
ParaLegal
***New Mexico Firm, LLC***
103 St. Francis's Drive, Suite A
Santa Fe, NM 87501

New Mexico:   (505) 216-9750
Cell:   (505) 670-2488
Fax:   (866) 657-8780

E-mail:   bina@newmexicofirm.com

*NOTICE OF CONFIDENTIALITY:* This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information. It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.670.7876 Neither the transmission of this message and/or any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

*DISCLAIMER OF LIABILITY:* This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

---

**From:** Danni Sutana [mailto:d_sutana@hotmail.com]
**Sent:** Sunday, January 20, 2013 7:34 PM
**To:** Bina Thompkins
**Subject:** RE: Invoice.xlsx

Bina, ==does this mean I have to pay out of pocket for the balance owed $3142.19?== If that is the case, I can't afford to have you guys continue to represent me in the SPO case. I wish I would have had this invoice sooner when I've asked for it in the past. I could have made the decision sooner.

**Exhibit H**