ASAP Priority Legal Courier Service, LLC

**Manny Maestas**
102 E. Water St. - El Centro Mall
Santa Fe, N.M.   87501
(505) 920-2727

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/24/2013 | 022413-11 |

| BILL TO |
|---|
| New Mexico Firm, P.C.<br>Attn: Nathaniel V. Thompkins<br>103 St. Francis Dr., Ste. A<br>Santa Fe, NM  87501<br>(505)988-9750 |

| TERMS | MONTH |
|---|---|
| Due on receipt | |

| DATE | CLIENT # | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1/31/2013 | Sutana,D | Served | Summons and Complaint - N.M. Economic Development Dept. c/o Antoinette Patnode (Asst. to Secretary), 1100 St. Francis Dr., Santa Fe, N.M. 87505 | 30.00T |
| 1/31/2013 | Sutana,D | Served | Summons and Complaint - Wade L. Jackson - N.M. Economic Development Dept. c/o Antoinette Patnode (Asst. to Secretary), 1100 St. Francis Dr., Santa Fe, N.M. 87505 | 30.00T |
| 1/31/2013 | Sutana,D | Served | Summons and Complaint - N.M. Economic Development Dept. c/o N.M. Attorney General - Esther C. Mora (Receptionist), Santa Fe, N.M. 87505 | 50.00T |
| 2/13/2013 | Sutana,D | Served | Summons and Complaint - Barbara G. Brazil (Individually) c/o George Brazil (Husband), 6504 Tesuque Drive, N.W., Albuquerque, N.M. 87120 (ATTEMPTED at NM State Capitol - 2013 State Legislature) | 95.00T |
| 2/19/2013 | Sutana,D | Served | Summons and Complaint - Jon Barela - Cabinet Secretary of N.M. Economic Development Dept., 1100 St. Francis Dr. (Montoya Bldg.), Santa Fe, N.M. 87505 (ATTEMPTED at NM State Capitol - 2013 State Legislature) | 95.00T |
| | | | Sales Tax | 24.56 |

Thank you for your business.

Total  $324.56

Exhibit I