IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNI SUTANA,

    Plaintiff,

vs.                      Case No.: 1:13-CV-00210-JCH-LAM

STATE OF NEW MEXICO, ECONOMIC DEVELOPMENT DEPARTMENT;
JONATHAN ("JON") BARELA, individually and in his official capacity;
BARBARA G. BRAZIL, individually and in her official capacity;
WADE JACKSON, individually and in his official capacity;

    Defendants.

## AFFIDAVIT OF BINA SHAHANI

STATE OF NEW MEXICO    )
                                 ) ss.
COUNTY OF SANTA FE       )

    I, Bina Shahani affirm and state the following:

1. I work in the New Mexico Firm as a para-legal.

2. I handled some of the communications with Dr. Kleiner, Ph.D.

3. On or about September 23, 2013, Mr. Thompkins and I flew to California and met with Dr. Kleiner regarding Danni Sutana's case. I did not bill for my time in traveling and meeting with Dr. Kleiner.

4. I handled the receipts and billings related to Dr. Kleiner. On or about September 23, 2013, Dr. Kliener discussed with Mr. Thompkins needing an additional retainer of $1,500.

5. In the invoice submitted to Ms. Sutana for review, I incorrectly included the $1,500 amount because I mistakenly thought the firm had sent an additional $1,500.

6. The initial retainer amount paid by the Firm was only $1,000.00.

# Exhibit II

7. I e-mailed the invoice to Ms. Sutana in January 2013 and while I exchanged e-mails with Ms. Sutana she never raised any concern about the invoice or objected to the times and amounts charged.

FURTHER AFFIANT SAYETH NOT.

_____
Bina Shahani

SUBSCRIBED AND SWORN before me this 25 day of June, 2015, by Bina Shahani.

[SEAL]

OFFICIAL SEAL
TINA M ZAMORA
NOTARY PUBLIC-State of New Mexico
My Commission Expires April 9th 2018

_____
NOTARY PUBLIC

My Commission Expires on:
April 9th 2018

# Exhibit II