**From:** Danni Sutana [mailto:d_sutana@hotmail.com]
**Sent:** Friday, May 20, 2014 8:46 PM
**To:** Nathaniel Thompkins
**Cc:**
**Subject:** Federal Suit

Can you please get started in the suit? I talked to a retired judge and she said at this point everything (SPO) will start from the beginning. I don't have that kind of time. Too much time has been wasted as it is. You will get paid for SPO but at this point it's a lost cause for me. I don't believe that it will be difficult to proceed without a victory.

# Exhibit JJ