**From:** Danni Sutana [mailto:d_sutana@hotmail.com]
**Sent:** Friday, August 23, 2013 6:28 PM
**To:** Nathaniel Thompkins
**Cc:** bina@newmexicofirm.com
**Subject:** Re: Docket No. 12-099

Woo-hoo you are kicking ass!

On Aug 23, 2013, at 5:00 PM, "Nathaniel Thompkins" <nate@newmexicofirm.com> wrote:

Dear Ms. Rodriguez:

Since I attached as Exhibit A, my e-mail to Ms. Kilgore, it is obvious that a response would be at a minimum necessary to confirm that she cancelled the deposition.  If any abuse of process has occurred it is due to Ms. Kilgore's lack of professionalism.  Therefore, please have the Hearing Officer issue and Order protecting Ms. Sutana from any claims that she did not appear at the deposition.

Very truly yours,

Nathaniel V. Thompkins
**NEW MEXICO FIRM, LLC**
103 St. Francis Drive, Suite A
Santa Fe, NM 87501

New Mexico:    (505) 988-9750
Cell:          (505) 670-7876
Fax:           (866) 657-8780
E-mail:   nate@newmexicofirm.com

**NOTICE OF CONFIDENTIALITY:** This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information.  It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.988.9750 or by e-mail at nate@newmexicofirm.com. Neither the transmission of this message and/or



Exhibit KK

any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**DISCLAIMER OF LIABILITY**: This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

**From:** M. Karen Kilgore [mailto:kkilgore@cuddymccarthy.com]
**Sent:** Friday, August 23, 2013 4:49 PM
**To:** Rodriguez, Renea, SPO; Nathaniel Thompkins
**Subject:** FW: Docket No. 12-099

Ms. Rodriguez and Mr. Thompkins:  I am forwarding the courteous email I received from Mr. Thompkins informing me that Ms. Sutana would not be able to be present at the deposition and offering to reschedule.  He did not ask me to respond in any way to "avoid" the necessity of a motion for protective order.  I accepted his excuse and was willing to reschedule as Mr. Thompkins offered.  The motion for protective order is completely unnecessary and a total abuse of this process.

*M. Karen Kilgore, Esq.*
*Cuddy & McCarthy, LLP*
*1701 Old Pecos Trail*
*Santa Fe, New Mexico  87505*
*505-988-4476*
*505-954-7373 (facsimile)*
*kkilgore@cuddymccarthy.com*

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND EXEMPT FROM DISCLOSURE.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE DELETE IT FROM YOUR SYSTEM WITHOUT COPYING, PRINTING OR FORWARDING IT, AND NOTIFY US BY REPLY EMAIL OR BY CALLING (505) 988-4476.  THANK YOU.

**Circular 230 Disclaimer:**  To comply with requirements IRS imposed by the IRS, we inform you that any federal tax advice contained in this communication (including attachments), unless specifically stated otherwise, is not intended or written to be used and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

**From:** Nathaniel Thompkins [mailto:nate@newmexicofirm.com]
**Sent:** Thursday, August 22, 2013 12:26 PM
**To:** M. Karen Kilgore
**Cc:** bina@newmexicofirm.com
**Subject:** Docket No. 12-099

Dear Ms. Kilgore:



I am writing to advise you that we must cancel Ms. Sutana's deposition, currently scheduled for August 30, 2013.  Due to a recent medical diagnosis, Ms. Sutana has been scheduled for an immediate appointment to determine the extent of her recent diagnosis.

We apologize for any inconvenience this may cause and we will contact you and re-schedule her deposition after August 30, 2013.

Should you have any questions, please contact me.

Very truly yours,

Nathaniel V. Thompkins
**NEW MEXICO FIRM, LLC**
103 St. Francis Drive, Suite A
Santa Fe, NM 87501

New Mexico:   (505) 988-9750
Cell:          (505) 670-7876
Fax:           (866) 657-8780
E-mail:  nate@newmexicofirm.com

**NOTICE OF CONFIDENTIALITY:** This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information.  It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.988.9750 or by e-mail at nate@newmexicofirm.com. Neither the transmission of this message and/or any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**DISCLAIMER OF LIABILITY**: This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses

# Exhibit KK

and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

# Exhibit KK