**From:** Michael Mozes [mailto:michael@mozeslawoffice.com]
**Sent:** Wednesday, May 06, 2015 2:33 PM
**To:** nate@newmexicofirm.com
**Subject:** Sutana MSJs

Nate:

Yesterday the Defendants in Dannia Sutana's federal suit filed 9 motions for summary judgment.  I will need affidavits from Brent Eastwood and Kurt Saenz.  I anticipate I can have those to you by the end of next week.  Would it be all right if I just sent them up via email and notarized through your office?

I do understand you would have to see these and agree.  Hopefully, we can put something together that is helpful to everyone.

Thank you for your attention to this matter.

Mike Mozes

--
Michael E. Mozes
Attorney at Law

LAW OFFICES OF MICHAEL E. MOZES, PC
5732 Osuna Road NE
Albuquerque, NM

505-880-1200

*IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.*

THE UNAUTHORIZED DISCLOSURE OR INTERCEPTION OF E-MAIL IS A FEDERAL CRIME. SEE 18 U.S.C. SEC. 2517 (4). THIS E-MAIL IS INTENDED ONLY FOR



# Exhibit LL

THE USE OF THOSE TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE LAW. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT DISTRIBUTE OR COPY IT. RETURN IT IMMEDIATELY TO THE SENDER WITH ATTACHMENTS, IF ANY, AND NOTIFY US BY TELEPHONE AT 505-880-1200.

# Exhibit LL

**From:** Michael Mozes [mailto:michael@mozeslawoffice.com]
**Sent:** Thursday, May 07, 2015 11:51 AM
**To:** Nathaniel Thompkins
**Subject:** Re: Sutana MSJs

Thank you Nate. As I go through these MPSJs, I will be contacting you frequently. First off, will Kurt Saenz state in an affidavit that Danni had conversations with him regarding procurement code violations and the NMITC issues that arose while Kurt and Danni were employed? If yes, could Kurt given me an approximate number of times they discussed those issues?

On Thu, May 7, 2015 at 11:30 AM, Nathaniel Thompkins <nate@newmexicofirm.com> wrote:

Dear Michael:

No problem, please send them to me and I will review them and forward them to Kurt & Brent. If I have any concerns, I will let you know.

Very truly yours,

Nathaniel V. Thompkins

**NEW MEXICO FIRM, LLC**
103 St. Francis Drive, Suite A
Santa Fe, NM 87501

New Mexico:   (505) 988-9750
Cell:          (505) 670-7876
Fax:           (866) 657-8780
E-mail:   nate@newmexicofirm.com

**NOTICE OF CONFIDENTIALITY:** This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information. It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any

# Exhibit LL

action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.988.9750 or by e-mail at nate@newmexicofirm.com. Neither the transmission of this message and/or any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**DISCLAIMER OF LIABILITY**: This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

# Exhibit LL