**From:** Nathaniel Thompkins
**Sent:** Sunday, May 10, 2015 9:07 AM
**To:** michael@mozeslawoffice.com
**Subject:** RE: Sutana MSJs

Dear Michael:

I'm forwarding to you Mr. Saenz response.  Let us know when the Affidavits are available for review.

Very truly yours,

Nathaniel V. Thompkins
**NEW MEXICO FIRM, LLC**
103 St. Francis Drive, Suite A
Santa Fe, NM 87501

New Mexico:   (505) 988-9750
Cell:          (505) 670-7876
Fax:           (866) 657-8780
E-mail:  nate@newmexicofirm.com

**NOTICE OF CONFIDENTIALITY:** This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information.  It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.988.9750 or by e-mail at nate@newmexicofirm.com. Neither the transmission of this message and/or any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**DISCLAIMER OF LIABILITY**: This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

Exhibit MM

**From:**
**Sent:** Saturday, May 09, 2015 1:05 PM
**To:** michael@mozeslawoffice.com; bina@newmexicofirm.com; nate@newmexicofirm.com
**Subject:** RE: Sutana MSJs

I'm in LC right now but I will be more than happy to provide responses to any requests in support of Ms. Sutana! :-)<><

A. Kurt Saenz

On Friday, May 8, 2015 Nathaniel Thompkins <nate@newmexicofirm.com> wrote:

Dear Michael:

I don't think he'll have a problem making this statement, but I forwarded your request to him.

Very truly yours,

Nathaniel V. Thompkins
**NEW MEXICO FIRM, LLC**
103 St. Francis Drive, Suite A
Santa Fe, NM 87501

New Mexico:   (505) 988-9750
Cell:         (505) 670-7876
Fax:          (866) 657-8780
E-mail:   nate@newmexicofirm.com

**NOTICE OF CONFIDENTIALITY:** This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information.  It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.988.9750 or by e-mail at nate@newmexicofirm.com. Neither the transmission of this message and/or

# Exhibit MM

any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**DISCLAIMER OF LIABILITY**: This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

# Exhibit MM