IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANNI SUTANA,**

     **Plaintiff,**

v.

                                                         No. 1:13-cv-00210 JCH/LAM

**STATE OF NEW MEXICO, ECONOMIC DEVELOPMENT DEPARTMENT;
JONATHAN ("JON") BARELA, individually and in his official capacity;
BARBARA G. BRAZIL, individually and in her official capacity;
WADE JACKSON, individually and in his official capacity,**

     **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

     **THIS MATTER** having come before the Court on the motion of Plaintiff and Defendant State of New Mexico, Economic Development Department for an Order dismissing Plaintiff's Complaint with prejudice, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

     **FINDS** that Plaintiff and Defendant have represented that all matters in controversy have been fully resolved to the satisfaction of the parties;

     **IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Complaint and all causes of action stated therein, or which could have been stated therein, are hereby dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees.

                                                                                _____
                                                                                THE HONORALBE JUDITH C. HERRERA
                                                                                UNITED STATES DISTRICT COURT JUDGE

**APPROVED:**

**SAUCEDOCHAVEZ, P.C.**

By:  /s/ Christopher T. Saucedo
        Christopher T. Saucedo
P.O. Box 30046
Albuquerque, NM 87110
Ph: (505) 338-3945
E-mail:  csaucedo@saucedochavez.com

*Attorneys for Defendants*


**Law Offices of Michael E. Mozes, P.C.**

Approved: via Electronic Mail on June 22, 2015
Michael E. Mozes, Esq.
5732 Osuna Rd. NE
Albuquerque, NM 87109-2527
T: (505) 880-1200
Email: Michael@mozeslawoffice.com

*Attorney for Plaintiff*