File   Edit   View   Tools   Actions   Help

**PAYMENT [1300356-000* 1] - SUTANA, DANNI 10/29/2012**

| FORM | | | AUDIT | | |
|---|---|---|---|---|---|
| Type: | V | Account | Trans: | LG11 | 5/21/2014 |
| Amount: | 50000.00 | Cat/Pay Code: 1  02 | Due: | | |
| Currency: | | Exchg Amt: | Print: | | |
| Status: | Current: | Initial: B | Recon: | | |
| Desc: | PLAINTIFF ATTY. FEES | | Void: | | |
| Note: | 1300356-000/ LG/ Aging # 1551 | | Reason: | | |

**PAYEE**                                          **INVOICE**
  ID:      451967997*001                             357
  Name:    Danni Sutana and New Mexico Firm, LLC     5/20/2014

  Address: 103 ST FRANCIS DRIVE UNIT A              Period: From: 5/21/2014
                                                            Thru: 5/21/2014
  City:    SANTA FE
  State:   NM        Zip: 87501-



1/02
1551 V.P.

# FY 2013
## ACCOUNTS PAYABLES
## FOR

( 1010 )

$20,000 +

**VENDOR NAME**                                            **AMOUNT**
Danni Sutana and New Mexico Firm, LLC       $50,000.00
103 St. Francis Drive, Unit A
Santa Fe, NM 87501

**EXPLANATION:** Sutana was hired as the Finance Manager/Budget and Financial Services Bureau Chief, within the Economic Development Dept., Administrative Services Dept., responsible for preparing EDD's budget request for FY13 and FY14. On 9/2/2011, Sutana sent an email to supervisors with her concerns about the budget and her position, which EDD treated as a formal complaint and responded to. On 7/10/2012, EDD issued a NCA regarding her attitude towards co-workers, but withdrew the NCA. After a review of the FY14 budget, numerous errors were found. On 9/19/2012, Sutana was issued another NCA alleging incompetence to perform work duties. Sutana filed a response but was ultimately terminated. Sutana filed a Charge of Discrimination on 6/15/2012 alleging discrimination due to her disability. Sutana amended her charge alleging retaliation and hostile work environment. The EEOC issued a Notice of Right to Sue letter stating that the EEOC was unable to conclude whether violations had occurred. Sutana filed an Appeal of the Notice of Final Action to the SPB which is active. Sutana also filed a complaint on 12/19/2012 with the First Judicial Court, which Defendants removed to Federal Court and is currently active.

**Risk Management Division**
**LEGAL BUREAU**

**Settlement:**

**RMD Claim Number #:**    1300356-000

**Invoice Attached:**   Fund:    __ 356 Property    X   357 Public Liability    __ 358 Surety

**Terms:**                 N/A       **Due Date:**                ASAP

**Late Fees/Penalties:**    N/A      **Division Contact Name:**   NED FULLER

**Date Prepared:**    5/20/2014

_____          5-21-14
Ned Fuller, GSD/RMD Bureau Chief      Date

_____          5-21-14
AJ Forte, RMD Director                Date

* N/A
_____          _____
Ed Burckle, GSD Secretary             Date