

Michael Mozes <michael@mozeslawoffice.com>

**FW: Invoice Federal Case.xlsx**
5 messages

**Nathaniel Thompkins** <nate@newmexicofirm.com> Tue, May 26, 2015 at 11:15 AM
To: "Mozes, Michael" <michael@mozeslawoffice.com>
Cc: bina@newmexicofirm.com

Dear Michael:

Attached is an e-mail sent to Danni on July 15, 2014, with our invoice in her Federal case attached. In an effort to resolve this issue we are willing to accept $15,000.00. Of course we will have Ms. Sutana sign an appropriate release for settling this matter.

We will allow this offer to remain open until the close of business Thursday at 5:00 p.m. If it is not accepted we will proceed accordingly. I see that the case has settled and we would also like to put this behind us.

Very truly yours,

Nathaniel V. Thompkins

**NEW MEXICO FIRM, LLC**

103 St. Francis Drive, Suite A

Santa Fe, NM 87501

New Mexico: (505) 988-9750

Cell: (505) 670-7876

Fax: (866) 657-8780

E-mail: nate@newmexicofirm.com

EXHIBIT
3

ج

**NOTICE OF CONFIDENTIALITY:** This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information. It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.988.9750 or by e-mail at nate@newmexicofirm.com. Neither the transmission of this message and/or any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**DISCLAIMER OF LIABILITY**: This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

**From:** Bina Shahani [mailto:bina@newmexicofirm.com]
**Sent:** Tuesday, July 15, 2014 9:24 PM
**To:** 'Danni Sutana'
**Cc:** nate@newmexicofirm.com
**Subject:** Invoice Federal Case.xlsx

Dear Danni,

Please find attached the invoice for the Federal Case.

Thanks,

Bina Thompkins

ParaLegal

*New Mexico Firm, LLC*

103 St. Francis's Drive, Suite A
Santa Fe, NM 87501

**New Mexico:** (505) 216-9750

**Cell:** (505) 670-2488

**Fax:** (866) 657-8780

**E-mail:** bina@newmexicofirm.com

*NOTICE OF CONFIDENTIALITY:* This electronic message transmission ("e-mail"), including all attachments, contains confidential information which may also be legally privileged, exempt from disclosure under applicable law, and/or trade secret information. It is intended solely for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, disseminating or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately delete it from your computer, destroy all copies of the message and any attachment(s), and notify Nate Thompkins by telephone at 505.670.7876 Neither the transmission of this message and/or any attachment(s), nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

*DISCLAIMER OF LIABILITY:* This e-mail, along with any attachment(s), is believed to be free of any virus, worm, Trojan horse, and/or malicious code when sent; however, it could possibly have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action concerning viruses and other defects. Neither the sender, not sender's employer, is liable for any loss or damage arising in any way from this message and/or its attachment(s).

Invoice Federal Case.pdf
212K

---

**Michael Mozes** <michael@mozeslawoffice.com> Thu, May 28, 2015 at 9:48 AM
To: Nathaniel Thompkins <nate@newmexicofirm.com>

Mr. Thompkins:

I have been out of my office extensively since your last email in the Sutana matter. I do appreciate the additional reduction to $15,000; however, I will need more time to consult with Danni. Can you extend this out of COB next Monday?

Thank you.

Mike Mozes
[Quoted text hidden]
--

Michael E. Mozes
Attorney at Law

LAW OFFICES OF MICHAEL E. MOZES, PC
5732 Osuna Road NE
Albuquerque, NM

505-880-1200

*IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.*

THE UNAUTHORIZED DISCLOSURE OR INTERCEPTION OF E-MAIL IS A FEDERAL CRIME. SEE 18 U.S.C. SEC. 2517 (4). THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THOSE TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE LAW. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT DISTRIBUTE OR COPY IT. RETURN IT IMMEDIATELY TO THE SENDER WITH ATTACHMENTS, IF ANY, AND NOTIFY US BY TELEPHONE AT 505-880-1200.

---

**Nathaniel Thompkins** <nate@newmexicofirm.com> Thu, May 28, 2015 at 9:51 AM
To: Michael Mozes <michael@mozeslawoffice.com>
Cc: bina@newmexicofirm.com

Dear Mr. Mozes:

Given the position that your client has taken and your communications during the settlement conference we will not extend the time limits of our offer. We have filed our Notice of Lien and if Ms. Sutana wishes to resolve this matter after today, she can make us an offer.

Very truly yours,

Nathaniel V. Thompkins

**NEW MEXICO FIRM, LLC**

103 St. Francis Drive, Suite A

Santa Fe, NM 87501

New Mexico: (505) 988-9750