**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DANNI SUTANA,**

       Plaintiff,

v.                                                     **No. CIV-13-0210 JCH/LAM**

**STATE OF NEW MEXICO, Economic Development Department, JONATHAN BARELA, Individually and in his official capacity, BARBARA G. BRAZIL, Individually and in her official capacity, WADE JACKSON, Individually and in his official capacity,**

       Defendants.

## ORDER SETTING TELEPHONIC CASE MANAGEMENT STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference re: *Plaintiff's Motion to Release Lien or, Alternatively, Motion to Reduce Amount of Lien* (Doc. 114) |
| DATE AND TIME OF HEARING: | Friday, February 5, 2016 at 10:00 a.m. (Trailing Docket – 30 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

       The Court hereby orders counsel for Plaintiff, Michael E. Mozes, and former counsel for Plaintiff, Nathaniel V. Thompkins, to participate in the status conference and to be prepared to discuss the issues raised in Plaintiff's motion.  Defense counsel's participation is optional.  The Court further orders that, prior to this status conference, Mr. Mozes shall discuss with Plaintiff her amenability to settlement of this matter.  <u>The parties shall call into the Court's "meet-me" line at 505-348-2694</u>.  It is recommended that

a reliable long-distance carrier be used to ensure sound quality.  This line can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    **IT IS SO ORDERED.**

                                               **LOURDES A. MARTÍNEZ**
                                               **UNITED STATES MAGISTRATE JUDGE**