UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

*Before the Honorable Lourdes A. Martínez, United States Magistrate Judge*

*Clerk's Minutes*

| | |
|---|---|
| **CASE TITLE:** *Danni Sutana v. State of New Mexico, Economic Development Dept., et al.* | **DATE:** February 5, 2016 |
| **COURTROOM CLERK:** Allison Crist | **CASE NO.:** CIV 13-0210 JCH/LAM |
| **PROCEEDINGS COMMENCED:** 10:00 a.m. | **COURT IN RECESS:** 11:00 a.m. |
| **PLAINTIFF(S)' ATTORNEYS PRESENT:** | **DEFENDANT(S)' ATTORNEYS PRESENT:** |
| Michael E. Mozes<br>Nathaniel V. Thompkins (Plaintiff's former counsel) | Christopher T. Saucedo |

**TYPE OF PROCEEDING:** *Telephonic Status Conference re: Plaintiff's* **Motion to Release Lien or, Alternatively, Motion to Reduce Amount of Lien** (*Doc. 114*)

**COURT'S RULING(S):**

The Court called the case and the parties entered their appearances. The presiding judge in this case asked the undersigned to see if the parties were willing to settle the fee dispute raised in Document 114. The Court and the parties discussed the issues raised in the motion, and Mr. Mozes stated that he was authorized to settle the dispute. Mr. Mozes made an offer to Mr. Thompkins and Mr. Thompkins accepted the offer. Mr. Thompkins stated that he would draft a settlement agreement as to the lien and file it with the Court. The parties asked the Court how the funds in the Court Registry would then be disbursed, and the Court stated that it would find out and tell the parties in these Clerk's Minutes. Mr. Thompkins stated that he would have the agreement drafted within the next couple of days.

*There being nothing further, Court was adjourned.*

**\*\***After the hearing, the Court inquired of the Court's financial services department and was informed that the parties will need to follow Local Rule 67 before disbursement of the funds will be made. Therefore, the parties shall submit a proposed order to the Court with the required information from Local Rule 67. The Court was informed that the parties do *not* need to put their Social Security number or tax identification number in the order, and they can, instead, contact the Court's financial services department to provide that information privately. In addition, it is most helpful if the parties state the amount of principal and "any interest accrued" instead of trying to guess the exact amount of interest, so that all of the interest that has been accrued can be distributed. Once the Court enters that order and notifies financial services, the funds should be disbursed within three to five business days.

1