IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANNI SUTANA,**

      **Plaintiff,**

**v.**                           **No. CIV-13-0210 JCH/LAM**

**STATE OF NEW MEXICO, Economic Development
Department, JONATHAN BARELA, Individually and
in his official capacity, BARBARA G. BRAZIL,
Individually and in her official capacity, WADE
JACKSON, Individually and in his official capacity,**

      **Defendants.**

## STIPULATED ORDER DISMISSING MOTION TO RELEASE LIEN OR ALTERNATIVELY REDUCE AMOUNT OF LIEN

**THIS MATTER** is before the Court on the parties' stipulated agreement regarding Plaintiff's *Motion to Release Lien or, Alternatively, Reduce Amount of Lien* [*Doc. 114*] ("the Motion").

**IT IS HEREBY STIPULATED AND AGREED** by and between the Lien Holder, the New Mexico Firm, LLC, (Nathaniel V. Thompkins), and Plaintiff Danni Sutana, by and through her counsel of record the Law Offices of Michael E. Mozes, P.C. (Michael E. Mozes), that the Motion filed by Plaintiff to release or reduce the amount of the lien [*Doc. 114*] be dismissed with prejudice upon the stipulated agreement of the parties.  By Order of the Court on July 1, 2015 [*Doc.120*], Plaintiff deposited into the Court's registry $24,497.89.

This Stipulated Order operates as a complete settlement of all claims between the New Mexico Firm, LLC and Plaintiff Danni Sutana that arose out of the New Mexico Firm's legal services, invoices and charging lien, and related to both the State Personnel case [Docket No. 12-099] and the New Mexico Federal District Court case [No. 1:13-cv-00210-JCH-LAM].

The Stipulated Order includes any matters related to or inherent in the issues relating to the allegations asserted by Plaintiff in her Motion, including but not limited to any claims, demands, action or cause of actions which were or could have been asserted by Plaintiff in the Motion and within the jurisdiction of the New Mexico Federal District Court.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the New Mexico Firm, LLC, 103 St. Francis Drive, Suite A, Santa Fe, NM 87501, Tax ID # 45-1967997, will received from the Court Clerk a check in the amount of $15,000.  Plaintiff, Danni Sutana and her attorneys, Law Offices of Michael E. Mozes, P.C., shall receive a check from the Court Clerk in the amount of $9,497.89 plus any interest accrued.

**IT IS FURTHER ORDERED** that the Motion [*Doc. 114*] is hereby dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said Motion was brought having been fully settled, compromised or adjourned.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

**STIPULATED BY:**
*(Prior to modification by the Court)*

/s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins
NEW MEXICO FIRM, LLC
103 St. Francis Drive, Unit A
Santa Fe, NM 87501
Phone: (505) 988-9750
*Attorney for Lien Holder*
E-mail: nate@newmexicofirm.com

**STIPULATED BY:**

/s/ Michael E. Mozes
Michael E. Mozes
Law Offices of Michael E Mozes PC
5732 Osuna Rd. NE
Albuquerque, NM 87109
505-880-1200
Fax: 505-881-2444
Email: Michael@mozeslawoffice.com
*Attorney for Plaintiff*